JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ANTHONY BERNARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:23-cv-00091-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from  June 7, 2023 to August 7, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT .  All other dates in the Court's Scheduling Order shall be extended accordingly.

  This is Plaintiff's second request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week.  For the weeks of June 5, 2023 and June 12, 2023, Counsel currently has 26 merit briefs, and several letter briefs and reply briefs.   Counsel requires additional time to brief the issues thoroughly for

1

1 | the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes
2 | to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: May 24, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
   JONATHAN OMAR PENA
   Attorneys for Plaintiff


Dated: May 24, 2023     PHILLIP A. TALBERT
   United States Attorney
   MATHEW W. PILE
   Associate General Counsel
   Office of Program Litigation
   Social Security Administration


By:  *\*/s/ Justin Lane Martin*
   Justin Lane Martin
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on May 24, 2023)

**ORDER**

Based on the above stipulation (ECF No. 14), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than August 7, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **May 25, 2023**                                        /s/ *Erica P. Grosjean*
                                                                             UNITED STATES MAGISTRATE JUDGE