1  Jonathan O. Peña, Esq.
2  CA Bar ID No.: 278044
   Peña & Bromberg, PLC
3  2440 Tulare St., Ste. 320
   Fresno, CA 93721
4  Telephone: 559-439-9700
   Facsimile: 559-439-9723
5  Email: info@jonathanpena.com
6  Attorney for Plaintiff, Gene Anthony Bernard

7

8                     UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9                          FRESNO DIVISION

10  GENE ANTHONY BERNARD,              Case No.  1:23-cv-00091-EPG

11          Plaintiff,                 STIPULATION FOR THE AWARD AND
                                       PAYMENT OF ATTORNEY FEES AND
12          v.                         EXPENSES PURSUANT TO THE EQUAL
                                       ACCESS TO JUSTICE ACT; ORDER
13
    MARTIN O'MALLEY[1],                (ECF No. 22)
14  COMMISSIONER OF SOCIAL
    SECURITY,
15
16          Defendant.

17       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

18  subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount

19  of FOUR THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) under the Equal

20  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollars ($0.00)

21  under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf

22  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920,

23  2412(d).

24

25

26       [1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to
    Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi
27  as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence
    of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).
28

1

2

3

4

5

6

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

7

8

9

10

11

12

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered and made payable to Plaintiff's counsel, Jonathan O. Peña. Additionally, any payment of costs under 28 U.S.C. §1920 may be made either by electronic fund transfer (ETF) or by check.

13

14

15

16

17

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

18

19

20

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

21

22

Respectfully submitted,

23

24

25

Dated: January 22, 2024

_____/s/ *Jonathan O. Peña*_____
JONATHAN O. PEÑA
Attorney for Plaintiff

26

27

28

Dated: January 22, 2024

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Office of Program Litigation
Social Security Administration

By:  _*_Zachary  Berkoff-Cane
Zachary  Berkoff-Cane
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on January 22, 2024)

1

2                                           **ORDER**

3          Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act

4    Fees and Expenses (ECF No. 22), IT IS ORDERED that fees and expenses in the amount of FOUR

5    THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($4,800.00) as authorized by the Equal

6    Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of ZERO dollars ($0.00)

7    under 28 U.S.C. §1920, are awarded subject to the terms of the Stipulation.

8    IT IS SO ORDERED.

9

10        Dated:    **January 23, 2024**              /s/ Erica P. Grosjean

                                                    UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28